E-FILED
Wednesday, 25 August, 2021 02:10:13 PM
Wednesday, 25 August, 2021 09:02:54 AM CLCD
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Crim. No. 20CR10028 |
| | ) |
| BOYD W. EGAN, | ) |
| | ) |
| Defendant. | ) |

ORDER

Tazewell County Jail is hereby Ordered to allow the above named

Defendant to release his personal property held by the jail to any

third-party he so chooses. Specifically, Tazewell County Jail is to

accept a box, postage pre-paid, from Mr. Egan's sister, place his

personal property in the box, and send it to 731 Mather Ln. Batavia,

Illinois, 60510 prior to his transport to the Bureau of Prisons.

s/Joe B McDade

_____

Joe Billy McDade
United States District Judge

_8/25/21_
Date